UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 1 4 2010

Clerk of Court

In Re: § 98-43314
 § ~~09-26,312-P~~
DONNELLY, STACIE F. §
 §
Debtor § (Chapter 7)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Jessica Donnelly Lowder, Independent Executrix of the Estate of Stacie F. Donnelly Potts, Deceased ("Applicant"), furnishes the following information to the Court in this application for payment of unclaimed funds:

1. Funds in the amount of $15,057.52 were deposited as unclaimed funds on behalf of Stacie F. Donnelly a.k.a Stacie F. Donnelly Potts ("Debtor");

2. Applicant is the representative of the estate of Debtor and entitled to receive the requested funds;

3. Applicant has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued;

4. Documents substantiating Applicant's right to act on behalf of Debtor's estate are: a certified copy of Debtor's Death Certificate, attached hereto as Exhibit A, and Letters Testamentary, attached hereto as Exhibit B; and

5. Applicant understands that pursuant to 18 U.S.C. ' 152, Applicant could be fined no more than $5,000, or imprisoned not more than five years, or both, if Applicant has knowingly and fraudulently made any false statements in this document or accompanying supporting documents. Applicant further understands that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

_Jessica Donnelly Lowder_
Jessica Donnelly Lowder
1007 130th St. SW, Apt. C104
Everett, Washington 98204

Subscribed and sworn before me this 14 day of December, 2009

_MC_
Notary Public
State of Washington