Case 98-43314   Document 65-3   Filed in TXSB on 01/14/10   Page 1 of 2

# Exhibit B

# Letters Testamentary

```
MATTERS OF PROBATE            §    CAUSE NO. 09-26,312-P
                              §
COUNTY COURT AT LAW 2         §    ESTATE OF:
                              §         STACIE F DONNELLY POTTS,
MONTGOMERY COUNTY, TEXAS      §         Deceased
```

# LETTERS TESTAMENTARY

KNOW ALL MEN BY THESE PRESENTS THAT IT IS HEREBY CERTIFIED:

1. ON THE 7TH DAY OF OCTOBER, 2009, JESSICA DONNELLY LOWDER WAS DULY APPOINTED BY ORDER OF SAID COURT AS INDEPENDENT EXECUTRIX, WITHOUT BOND, OF THE LAST WILL OF STACIE F DONNELLY POTTS, DECEASED;

2. ON THE 30TH DAY OF OCTOBER, 2009, SHE QUALIFIED AS THE LAW REQUIRES;

3. INSOFAR AS THE RECORDS IN MY OFFICE SHOW SHE IS STILL ACTING IN SAID CAPACITY.

WITNESS MY HAND AND SEAL OF SAID COURT, AT CONROE, TEXAS, ON November 2, 2009.



MARK TURNBULL, COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

_____
                        Deputy