

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/21/2010

IN RE:                                §           Case No.   98-43314-H3-7

Stacie F Donnelly

Debtor                                §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __65__) is denied *without prej.* for the following reason(s):

1. _____   Applicant's signature is not notarized.

2. _____   Amount being requested is not the amount deposited on behalf of the original claimant.

3. __X__       Application was not served on U.S. Attorney and U.S. Trustee.

4. _____   Proposed Order not filed by applicant.

5. _____   Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____   Other:

Signed   JAN 2 1 2010   .

_____
United States Bankruptcy Judge