

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/08/2010

| | | |
|---|---|---|
| IN RE: | § | Case No.  98-43314-H3-7 |
| Stacie F Donnelly | | |
| Debtor | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __68__) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. __X__  Proposed Order not filed by applicant.

5. _____  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____  Other:

Signed  MAR 0 8 2010

_United States Bankruptcy Judge_