

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/08/2010

IN RE: § Case No. 98-43314-H3-7

Stacie F Donnelly

Debtor §

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 69) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. **X** Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____ Other:

Signed MAR 0 8 2010 .

United States Bankruptcy Judge